842 F.2d 1291
 Occidental Chemical Corporation, E.I. DuPont de Nemours &
Co., Inc., Union Carbide Corp., Shell Chemical, Shell Oil
Co., ASARCO Incorporated, Ciba-Geigy Corp., Ciba-Geigy
Limited, Velsicol Corp., Koopers Co. Inc., American Cyanamid
Co., Uniroyal Inc., Hercules, Inc., FMC Corp., Deskins,I.),
Kline (B.), Barnes (J.), Diehl (K.), Fogle (S., M.),
Savitski (K.), Warrington (B., G.), Morgan (T., L.), Clark
(M.), Wagner (C., C.), Cookson (C.), Thompson (D., A.),
McGee (M.), Gruss (J.
 NO. 86-2045
 United States Court of Appeals,
Fourth Circuit.
 MAR 21, 1988
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.